AO 91 (Rev 8/01)    Criminal Complaint

AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

United States Courts
Southern District of Texas
FILED

*November 04, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
Jaime Alberto MURILLO-PADILLA

**CRIMINAL COMPLAINT**

Case Number: M-25-2933-M

IAE    YOB: 1991
Honduras

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **November 3, 2025** in **Starr** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jaime Alberto MURILLO-PADILLA was encountered by Border Patrol Agents near Roma, Texas, on November 3, 2025. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 3, 2025, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 28, 2025, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA A. Benitez

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

November 4, 2025 at 3:49 p.m.

/s/   Alejandro Castillo Jr.
**Signature of Complainant**
Alejandro Castillo Jr., Border Patrol Agent

**J. Scott Hacker**, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer